# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

SFishbein@shearman.com                                              June 7, 2017
212.848.4424

<u>Via CM/ECF and Hand Delivery</u>

Hon. Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Hon. Colleen McMahon
Chief United States District Judge
Assignment Committee for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    <u>United States v. David Blaszczak, Theodore Huber, Robert Olan & Christopher Worrall</u>,
       No. 17 Cr. 308 (DLC)

Dear Judge Cote and Chief Judge McMahon:

We represent defendant Christopher Worrall in the above matter. We write on behalf of Mr. Worrall to join in the letter motion made by defendants Theodore Huber and Robert Olan, and subsequently joined by defendant David Blaszczak, regarding the manner in which this case was assigned. *See* Dkt. Nos. 28, 38. Mr. Worrall respectfully requests that this case be assigned in accordance with Rule 6(b) of the Rules for the Division of Business Among District Judges.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Stephen Fishbein
Stephen Fishbein
John Nathanson
*Counsel for Christopher Worrall*

Cc: All counsel of record (via CM/ECF)

ABU DHABI | BEIJING | BRUSSELS | DUBAI | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MILAN | NEW YORK
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SAUDI ARABIA* | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*DR. SULTAN ALMASOUD & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP

NYDOCS05/104742.2