KRAMER LEVIN NAFTALIS & FRANKEL LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-15-17

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

November 13, 2017

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Blaszczak et al.*, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

   We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to (1) travel to Palm Springs, California from November 22 to November 25 for a family reunion; and (2) travel to Miami, Florida from December 27 to December 30 to attend a family wedding. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Brooke Cucinella, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

*Granted on consent*
SO ORDERED
LEWIS A. KAPLAN, USDJ
11/15/17

         Respectfully submitted,

         /s/ Barry H. Berke
         Barry H. Berke
         Dani R. James
         Kramer Levin Naftalis & Frankel LLP
         *Attorneys for Theodore Huber*

Cc (by email): Ian McGinley, Josh Naftalis and Brooke Cucinella
      *Assistant United States Attorneys*

      Jane Cofone
      *Pre-Trial Services Officer*

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000
990 MARSH ROAD  MENLO PARK CA 94025-1949  PHONE 650.752.1700  FAX 650.752.1800
47 AVENUE HOCHE  75008 PARIS FRANCE  PHONE (33-1) 44 09 46 00  FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM

KL3 3146673.1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2017

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re: United States v. David Blaszczak et al.
       17 Cr. 357 (LAK)

Dear Judge Kaplan:

  The Government writes in response to defendant Theodore Huber's November 13, 2017 request to modify the terms of his bail conditions. The Government has no objection to the defendant's request, assuming that it is approved by pre-trial.

              Respectfully submitted,

              JOON H. KIM
              Acting United States Attorney

           By: /s/_____
             Ian McGinley
             Joshua A. Naftalis
             Brooke E. Cucinella
             Assistant United States Attorneys
             (212) 637-2257/2310/2477