# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179



**MEMO ENDORSED**

November 16, 2017

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

### Re: United States v. David Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Christopher Worrall with respect to a requested modification of his bail conditions. Currently, Mr. Worrall is permitted to travel within Maryland and the Southern and Eastern Districts of New York (in addition to previously-approved employment-related travel). We respectfully request that Mr. Worrall be permitted to travel with his family over the holidays as follows: to Ocean City, New Jersey from November 21 through November 27 for the Thanksgiving holiday; to travel between Maryland, where he resides, and the Eastern District of New York, where he will be (with trips into Manhattan) from December 22 through December 28 for the Christmas holiday; and to make day trips to Delaware over the New Year's Day holiday, December 30 to January 2, during which Mr. Worrall will be staying just over the Delaware state line in Ocean City, Maryland.

We have contacted Mr. Worrall's pre-trial services officers in the Southern District of New York and the District of Maryland, and they do not object to this request. We have alerted the government, which likewise does not object to this request.

Respectfully submitted,

s/ John Nathanson
Stephen Fishbein
John Nathanson
Shearman & Sterling LLP
599 Lexington Avenue

Granted on consent
SO ORDERED
/s/ Lewis A. Kaplan, USDJ
11/17/17

ABU DHABI | BEIJING | BRUSSELS | DUBAI | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MILAN | NEW YORK
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SAUDI ARABIA* | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*DR. SULTAN ALMASOUD & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP

The Honorable Lewis A. KaplanNovember 16, 2017
Page 2

New York, NY 10022
Telephone: 212-848-4424/8611
Facsimile: 646-848-4424/8611
sfishbein@shearman.com
john.nathanson@shearman.com

*Attorneys for Christopher Worrall*

CC (by email):Ian McGinley
Joshua Naftalis
Brooke Cucinella
*Assistant United States Attorneys*

Lauren Blackford
Jessica Weisman
*Pre-Trial Services Officers*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2017

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:   United States v. David Blaszczak et al.
            17 Cr. 357 (LAK)

Dear Judge Kaplan:

    The Government writes in response to defendant Christopher Worrall's November 16, 2017 request to modify the terms of his bail conditions. The Government has no objection to the defendant's request.

                                    Respectfully submitted,

                                    JOON H. KIM
                                Acting United States Attorney


                        By: /s/_____
                          Ian McGinley
                          Joshua A. Naftalis
                          Brooke E. Cucinella
                          Assistant United States Attorneys
                          (212) 637-2257/2310/2477