

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2019

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 18 2019

    Re:    United States v. David Blaszczak et al.
           17 Cr. 357 (LAK)

Dear Judge Kaplan:

    The Government writes in response to defendant Theodore Huber's January 16, 2019 request to modify the terms of his bail to permit him to travel to: (a) Colorado, Utah, and Arizona from January 31 to February 10, 2019, and (b) Florida from February 16 to 23, 2019. The Government has no objection to the defendant's request.

                                      Respectfully submitted,

                                      ROBERT KHUZAMI
                                      Attorney for the United States
                                      Acting Under Authority Conferred
                                      by 28 U.S.C. § 515

                                By: /s/_____
                                      Ian McGinley
                                      Joshua A. Naftalis
                                      Assistant United States Attorneys
                                      (212) 637-2257/2310

cc:    Barry Berke, Esq. (by e-mail)
       Dani James, Esq. (by e-mail)
       Randie Q. Phillips, U.S. Probation Officer (by e-mail)