# ALLEN & OVERY

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel            212 610 63006369
Fax           212 610 6399
eugene.ingoglia@allenovery.com

January 30, 2019

Re: <u>United States v. Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission for him to travel to Colorado on February 9, 2019 returning February 15, 2019; to Utah on March 7, 2019 returning March 12, 2019; and to South Carolina on April 19, 2019 returning April 26, 2019.  Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey.  The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

Eugene Ingoglia

Copy (by ECF) to:      Ian McGinley
                       Joshua Naftalis
                       *Assistant United States Attorneys*

Copy (by email) to:    Rena Bolin
                       Lura Jenkins
                       *Pre-Trial Services Officers*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.